IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DEMATIC CORP., <br><br> Plaintiff, <br><br> v. <br><br> HELEN OF TROY, L.P., STEEL TECHNOLOGY, LLC, and FAYETTE COUNTY INDUSTRIAL DEVELOPMENT BOARD OF FAYETTE COUNTY, TENNESSEE, <br><br> Defendant. | No. 2:25-cv-02631-SHL-tmp |

**ORDER DISMISSING DEFENDANT FAYETTE COUNTY INDUSTRIAL DEVELOPMENT BOARD OF FAYETTE COUNTY, TENNESSEE ("FAYETTE COUNTY") WITHOUT PREJUDICE AND DENYING AS MOOT DEFENDANT FAYETTE COUNTY'S MOTIONS TO DISMISS**

On July 10, 2025, Plaintiff Dematic Corp. and Defendants Helen of Troy, L.P., Steel Technology, LLC, and Fayette County Industrial Development Board of Fayette County, Tennessee ("Fayette County") filed a joint stipulation of dismissal without prejudice as to only Defendant Fayette County. (ECF No. 19.) The parties moved under Federal Rule of Civil Procedure 41. (Id. at PageID 2184.) However, in multi-defendant matters, "Rule 21 provides the appropriate basis for dismissal of a single defendant," not Rule 41. Henderson-Thompson v. Jardoin, No. 2:22-cv-2013-MSN-cgc, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)). The Court will therefore construe the joint stipulation as a motion to dismiss under Rule 21, which permits a court to drop a party at any time on motion or on its own. Fed. R. Civ. P. 21. Dropping parties under Rule 21 functions as a dismissal of the party. See id. Therefore, all of Plaintiff's claims against Defendant Fayette County are **DISMISSED WITHOUT PREJUDICE**. This dismissal does

not apply to Plaintiff's claims against Defendants Helen of Troy, L.P. and Steel Technology, LLC.

Additionally, Defendant Fayette County had previously filed motions to dismiss under Rule 12(b)(6) (ECF No. 8) and Rule 12(b)(1) (ECF No. 10).  Because that Defendant has been dismissed, both of its motions to dismiss are **DENIED AS MOOT**.

**IT IS SO ORDERED** this 10th day of July, 2025.

                                              s/Sheryl H. Lipman  
                                              SHERYL H. LIPMAN  
                                              CHIEF UNITED STATES DISTRICT JUDGE